UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| THADIEUS GOODS, | ) | |
| | ) | |
| Plaintiff, | ) | Case No.: 1:23-cv-4116 |
| | ) | |
| v. | ) | Judge Rebecca R. Pallmeyer |
| | ) | |
| THOMAS DART, SHERIFF OF COOK COUNTY, and COOK COUNTY, ILLINOIS | ) ) ) | Mag. Judge Jeffrey Cole |
| | ) | |
| Defendant. | ) | |

**DEFENDANTS' AGREED MOTION FOR EXTENSION
OF TIME TO ANSWER OR OTHERWISE PLEAD
TO PLAINTIFF'S COMPLAINT AT LAW**

NOW COME Defendants COOK COUNTY SHERIFF THOMAS DART, and COOK COUNTY, a body politic and corporate, by and through their attorneys, Jason E. DeVore and Troy S. Radunsky, of DeVore Radunsky LLC, pursuant to Fed. R. Civ. P. 6(b), and for Defendants' Agreed Motion for Extension of Time to Answer or Otherwise Plead to Plaintiff's Complaint at Law, state as follows:

1. On June 27, 2023, Plaintiff filed his Complaint at Law, initiating this matter with the Court. ECF No. 1.

2. On July 6, 2023, Plaintiff effectuated service upon Defendant Dart, leaving 21 days for Defendants' responsive pleadings to be filed with the Court, on or before July 27, 2023. ECF No. 7.

3. Defendant's Counsel communicated with Counsel for Plaintiff on July 24, 2023, and Plaintiff agreed to this Motion for Extension of Time therein.

4. Defendants now request a 47 (fourty-seven) day extension, until September 11, 2023, to file their answer or other responsive pleading to Plaintiff's Complaint.

5. Counsel for Defendants are currently looking through the case materials and familiarizing themselves with the matter.

6. Additionally, Counsel for Defendants have numerous other briefs due in the intervening period which would interfere with their ability to fully respond to the issues rising in the complaint.

7. Under Rule 6(b), this Court may, for good cause, extend the time "[w]hen an act may or must be done." Fed. R. Civ. P. 6(b).

8. Not granting an extension of time for Defendant's Answer or other responsive pleading would prejudice Defendant because the current July 27, 2023, deadline does not allow sufficient time to properly prepare and submit Defendants' answers or other responsive pleadings under the circumstances.

9. Granting an extension of time will not prejudice any party and this motion is not brought for undue delay or any improper purpose

WHEREFORE, Defendants respectfully request that this Honorable Court enter an order as follows:

1. Defendants' Motion for Extension of Time is granted;

2. Defendants' Answers or Other Responsive Pleadings to Plaintiff's Complaint at Law shall be filed by September 11, 2023

Respectfully Submitted,

**Defendants**

By: */s/ Jason E. DeVore*
Jason E. DeVore, One of the Attorneys for Defendants

**DEVORE RADUNSKY LLC**
Jason E. DeVore (ARDC # 6242782)
Troy S. Radunsky (ARDC # 6269281)
Zachary G. Stillman (ARDC # 6342749)
230 W. Monroe Street, Ste. 230
Chicago, IL 60606
(312) 300-4479 telephone
jdevore@devoreradunsky.com
tradunsky@devoreradunsky.com
zstillman@devoreradunsky.com

**CERTIFICATE OF SERVICE**

      The undersigned, an attorney, hereby certifies that Defendant's Motion for Extension of Time to File Answer or Other Responsive Pleading was filed on July 25, 2023, with the Northern District of Illinois ECF System, serving a copy to all parties.

                                                  */s/Zachary Stillman*
                                                  Zachary Stillman