# U.S. District Court for the Northern District Of Illinois
# Attorney Appearance Form

Case Title: Goods v. Dart, et al.  Case Number: 1:23-cv-04116

An appearance is hereby filed by the undersigned as attorney for:
County of Cook

Attorney name (type or print): Mia Buntic

Firm: Cook County State's Attoney's Office

Street address: 50 West Washington Street, Suite 2760

City/State/Zip: Chicago, Illinois 60602

Bar ID Number: 6320374          Telephone Number: (312) 603-1434
(See item 3 in instructions)

Email Address: mia.buntic@cookcountyil.gov

Are you acting as lead counsel in this case?  ☑ Yes  ☐ No

Are you acting as local counsel in this case?  ☐ Yes  ☑ No

Are you a member of the court's trial bar?  ☐ Yes  ☑ No

If this case reaches trial, will you act as the trial attorney?  ☑ Yes  ☐ No

If this is a criminal case, check your status.
☐ Retained Counsel
☐ Appointed Counsel
   If appointed counsel, are you
   ☐ Federal Defender
   ☐ CJA Panel Attorney

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on 07-21-2023

Attorney signature:  S/ Mia Buntic
(Use electronic signature if the appearance form is filed electronically.)

Revised 8/1/2015