# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| **Thadieus Goods,** | ) |
| *Plaintiff,* | ) ) ) |
| -*vs*- | ) No. 23-cv-4119 ) |
| **Thomas Dart, et al.,** | ) Honorable Rebecca R. Pallmeyer ) ) |
| *Defendants.* | ) |

## COOK COUNTY'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE PLEAD

Defendant, Cook County, by its attorney, Kimberly M. Foxx, Cook County State's Attorney, through her Assistant State's Attorney, Mia Buntic, hereby requests an extension of time to file an answer to Plaintiff's Complaint ("Complaint") or otherwise plead pursuant to Fed. R. Civ. P. 6(b)(1)(b). In support, Defendant states as follows:

1. Defendant's answer to Plaintiff's Complaint was due July 19, 2023.

2. Counsel for Cook County was not assigned this case until Friday, July 21, 2023.

3. Due to multiple upcoming deadlines in other cases, as well as a two-week family trip in August, counsel for Cook County now respectfully requests an additional 30 days, up to and including August 25, 2023, to file a responsive pleading to Plaintiff's Complaint.

4. Counsel for Cook County conferred with the other parties in this case, who have no objection to this request.

**WHEREFORE**, Defendant Cook County respectfully requests that the Court grant an additional thirty days to file a responsive pleading to Plaintiff's Complaint, and grant any other relief this Court finds reasonable and just.

1

Dated: July 26, 2023

>Respectfully Submitted,
>KIMBERLY M. FOXX
>State's Attorney of Cook County
>
>
>By:*/s/ Mia Buntic*
>Mia Buntic
>Assistant State's Attorney
>50 West Washington, Ste. 2760
>Chicago, Illinois 60602
>(312) 603-1424
>mia.buntic@cookcountyil.gov

## **CERTIFICATE OF SERVICE**

The undersigned certifies that on July 26, 2023, she electronically filed the foregoing document with the Clerk of the Court for Northern District of Illinois, using the CM/ECF system of the Court.

>*/s/ Mia Buntic*