UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| THADIEUS GOODS, | ) | |
| | ) | |
| Plaintiff, | ) | Case No.: 1:23-cv-4116 |
| | ) | |
| v. | ) | Judge Rebecca R. Pallmeyer |
| | ) | |
| THOMAS DART, SHERIFF OF COOK COUNTY, and COOK COUNTY, ILLINOIS | ) ) ) | Mag. Judge Jeffrey Cole |
| | ) | |
| Defendant. | ) | |

**DEFENDANT COOK COUNTY SHERIFF THOMAS DART'S AMENDED *OPPOSED* MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE PLEAD TO PLAINTIFF'S COMPLAINT AT LAW**

NOW COMES Defendant COOK COUNTY SHERIFF THOMAS DART, by and through his attorneys, Jason E. DeVore, Troy S. Radunsky, and Zachary G. Stillman, of DeVore Radunsky LLC, pursuant to Fed. R. Civ. P. 6(b), and for Defendant Dart's *Oppopsed* Motion for Extension of Time to Answer or Otherwise Plead to Plaintiff's Complaint at Law, state as follows:

1. On June 27, 2023, Plaintiff filed his Complaint at Law, initiating this matter with the Court. ECF No. 1.

2. On July 6, 2023, Plaintiff effectuated service upon Defendant Dart, leaving 21 days for Defendant's responsive pleadings to be filed with the Court, on or before July 27, 2023. ECF No. 7.

3. Troy S. Radunsky and Jason E. DeVore of DeVore Radunsky, Defendant's Counsel in this matter, communicated via telephone call with Counsel for Plaintiff on July 24, 2023, and Plaintiff agreed to this Motion for Extension of Time therein, consenting to a September 11th, 2023, Deadline for Defendant's responsive pleadings.

4. Thereafter, on July 26, 2023, Counsel for Defendant Dart propounded his drafted Motion for Extension of Time upon Plaintiff's counsel and asked him to advise by 5 PM if there were any issues with the motion prior to filing.

5. After receiving no response, Defendant Dart filed a Motion for Extension of Time. ECF No. 11.

6. Thereafter plaintiff's Counsel advised that there was no agreement for a September 11, 2023, deadline.

7. Defendant Dart advised that he had taken notes during the July 24 telephone call among counsel regarding the agreement for a September 11, 2023, response date.

8. Plaintiff's counsel again refused to acknowledge the agreement.

9. In light of Plaintiff's change of heart and refusal to acknowledge the July 24 agreement, Defendant Dart now submits this amended motion as *opposed*.

10. Defendant requests a 47 (forty-seven) day extension, until September 11, 2023, to file his answer or other responsive pleading to Plaintiff's Complaint.

11. Counsel for Defendants are currently looking through the case materials and familiarizing themselves with the matter.

12. Additionally, as repeatedly communicated to Counsel for Plaintiff, Counsel for Defendants have numerous other briefs due in the intervening period which would interfere with their ability to fully respond to the issues rising in the complaint.

13. Defendant Dart's counsel would have merely sought until August 31, 2023, to file a responsive pleading, however, attorney Zachary Stillman is getting married on August 27, 2023.

14. Under Rule 6(b), this Court may, for good cause, extend the time "[w]hen an act may or must be done." Fed. R. Civ. P. 6(b).

15. Not granting an extension of time for Defendant's Answer or other responsive pleading would prejudice Defendant because the current July 27, 2023, deadline does

not allow sufficient time to properly prepare and submit Defendants' answers or other responsive pleadings under the circumstances.

16. Granting an extension of time will not prejudice any party and this motion is not brought for undue delay or any improper purpose

WHEREFORE, Defendant respectfully requests that this Honorable Court enter an order as follows:

1. Defendant's Motion for Extension of Time is granted;

2. Defendant's Answers or Other Responsive Pleadings to Plaintiff's Complaint at Law shall be filed by September 11, 2023

Respectfully Submitted,

**Defendants**

By: */s/ Jason E. DeVore*
Jason E. DeVore, One of the Attorneys for Defendants

**DEVORE RADUNSKY LLC**
Jason E. DeVore (ARDC # 6242782)
Troy S. Radunsky (ARDC # 6269281)
Zachary G. Stillman (ARDC # 6342749)
230 W. Monroe Street, Ste. 230
Chicago, IL 60606
(312) 300-4479 telephone
jdevore@devoreradunsky.com
tradunsky@devoreradunsky.com
zstillman@devoreradunsky.com

## CERTIFICATE OF SERVICE

The undersigned, an attorney, hereby certifies that Defendant's Motion for Extension of Time to File Answer or Other Responsive Pleading was filed on July 26, 2023, with the Northern District of Illinois ECF System, serving a copy to all parties.

*/s/Zachary Stillman*
Zachary Stillman