UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
Eastern Division

Thadieus Goods

                  Plaintiff,

v.                                                Case No.: 1:23–cv–04116
                                                   Honorable Rebecca R. Pallmeyer

Thomas Dart, et al.

                  Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, July 27, 2023:

      MINUTE entry before the Honorable Rebecca R. Pallmeyer: Motion for extension of time to answer [11] is stricken. Cook County's Unopposed Motion for extension of time to answer or otherwise plead [13] is granted; Cook County's responsive pleading is extended up to and including August 25, 2023. Defendant Cook County Sheriff Thomas Dart's Amended Opposed motion for extension of time [14] is granted; Defendant Cook County Sheriff Thomas Dart responsive pleading is extended up to and including September 11, 2023. Mailed notice. (cp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.