IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **Thadieus Goods,** | ) |
| | ) |
| *Plaintiff,* | ) |
| | ) |
| -*vs*- | ) No. 23-cv-4116 |
| | ) |
| **Thomas Dart, et al.,** | ) Honorable Rebecca R. Pallmeyer |
| | ) |
| | ) |
| *Defendants.* | ) |

## COOK COUNTY'S SECOND UNOPPOSED MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE PLEAD

Defendant, Cook County, by its attorney, Kimberly M. Foxx, Cook County State's Attorney, through her Assistant State's Attorney, Mia Buntic, hereby requests a second extension of time to file an answer to Plaintiff's Complaint ("Complaint") or otherwise plead pursuant to Fed. R. Civ. P. 6(b)(1)(b). In support, Defendant states as follows:

1. Cook County's answer to Plaintiff's Complaint is currently due August 25, 2023.

2. Counsel for Cook County requested a first extension of time to respond to Plaintiff's complaint on July 26, 2023.

3. Since then, Counsel for Cook County was out of the office from August 4 until August 21, 2021, and has been working diligently to meet the deadlines in all the cases, but due to scheduling issues, has not had sufficient time to confer with her client in this case to prepare a responsive pleading to Plaintiff's complaint.

4. For this reason, counsel for Cook County now requests additional time until September 11, 2023 to file a responsive pleading.

5. The parties will not be prejudiced by this request as the Sheriff's Office response

1

is not due until September 11, 2023.

6. Counsel for Cook County conferred with the other parties in this case, who have no objection to this request.

**WHEREFORE**, Defendant Cook County respectfully requests that the Court grant an additional seventeen days to file a responsive pleading to Plaintiff's Complaint, and grant any other relief this Court finds reasonable and just.

Dated: August 25, 2023

                                                  Respectfully Submitted,
                                                  KIMBERLY M. FOXX
                                                  State's Attorney of Cook County

                                                  By:*/s/ Mia Buntic*
                                                  Mia Buntic
                                                  Assistant State's Attorney
                                                  50 West Washington, Ste. 2760
                                                  Chicago, Illinois 60602
                                                  (312) 603-1424
                                                  mia.buntic@cookcountyil.gov

**CERTIFICATE OF SERVICE**

The undersigned certifies that on August 25, 2023, she electronically filed the foregoing document with the Clerk of the Court for Northern District of Illinois, using the CM/ECF system of the Court.

                                                                                            */s/ Mia Buntic*