### UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Thadieus Goods

                      Plaintiff,

v.                                                    Case No.: 1:23–cv–04116

                                                        Honorable Rebecca R. Pallmeyer

Thomas Dart, et al.

                      Defendant.

### NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, August 28, 2023:

      MINUTE entry before the Honorable Rebecca R. Pallmeyer: Cook County's second unopposed motion for extension of time to answer or otherwise plead [16] is granted. The deadline for Defendant Cook County to file a responsive pleading is extended to 9/11/2023. The deadline for the submission of Report of Planning Meeting is extended to 9/25/2023. Mailed notice. (cp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.