# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Thadieus Goods

                Plaintiff,

v.　　　　　　　　　　　　　　　　Case No.: 1:23–cv–04116
　　　　　　　　　　　　　　　　　Honorable Rebecca R. Pallmeyer

Thomas Dart, et al.

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, September 13, 2023:

    MINUTE entry before the Honorable Rebecca R. Pallmeyer: Plaintiff is granted leave to file an amended complaint by 9/26/2023. Defendant Cook County Sheriff Thomas Dart's motion for more definite statement [18] and Defendant Cook County's partial motion to dismiss [19] are terminated without prejudice. Mailed notice. (cp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.