# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Thadieus Goods

                Plaintiff,

v.                                             Case No.: 1:23–cv–04116
                                                   Honorable Rebecca R. Pallmeyer

Thomas Dart, et al.

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, September 27, 2023:

      MINUTE entry before the Honorable Rebecca R. Pallmeyer: Amended complaint having been filed, Defendants are directed to file a responsive pleading on or before October 19, 2023. Parties' Report of Planning Meeting to be submitted on or before November 3, 2023. Mailed notice. (cp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.