IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Thadieus Goods, ) | |
| ) | |
| *Plaintiff,* ) | |
| ) | |
| -*vs*- ) | No. 23-cv-4116 |
| ) | |
| Thomas Dart, Sheriff of Cook ) | Chief Judge Pallmeyer |
| County, and Cook County, Illinois, ) | |
| ) | |
| ) | |
| *Defendants.* ) | |

**PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO FILE STATUS REPORT**

Plaintiff Thadius Goods, by counsel, moves the Court for an extension of time to complete Case Planning Meeting and to file a corresponding report.

Grounds for this motion are as follows:

1. On September 27, 2023, the Court directed the parties to hold and file a Report of Planning Meeting on or before November 3, 2023. Dkt. 22, Minute entry.

2. Plaintiff's counsel is preparing for a trial before Judge Kennelly that begins on November 1, 2023. The trial is expected to last about one week.

3. As a result of this trial, plaintiff's counsel requests that the Court extend the deadline for the parties to file a Report of Planning Meeting to November 20, 2023.

-1-

4. Plaintiff shared a draft of this motion with defendants. Defendants do not oppose this motion.

It is therefore respectfully requested that the Court grant an extension to file a Report of Planning Meeting to November 20, 2023.

                                  Respectfully submitted,

                          /s/ <u>Patrick W. Morrissey</u>
                                Patrick W. Morrissey
                                Thomas G. Morrissey, Ltd.
                                10257 S. Western Ave.
                                Chicago, IL. 60643
                                (773) 233-7900
                                pwm@morrisseylawchicago.com

                                *Attorneys for Plaintiff*