UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
Eastern Division

Thadieus Goods
          Plaintiff,

v.                                    Case No.: 1:23–cv–04116
                                         Honorable Rebecca R. Pallmeyer

Thomas Dart, et al.
          Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, October 31, 2023:

      MINUTE entry before the Honorable Rebecca R. Pallmeyer: Plaintiff's motion for extension of time to file status report [25] is granted. The court extends the deadline to file a Report of Planning Meeting to November 20, 2023. Mailed notice. (cp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.