UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
Eastern Division

Thadieus Goods

                Plaintiff,

v.                                         Case No.: 1:23–cv–04116
                                                Honorable Rebecca R. Pallmeyer

Thomas Dart, et al.

                Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, November 22, 2023:

      MINUTE entry before the Honorable Rebecca R. Pallmeyer: The court thanks counsel for their Rule 26(f) report and enters the schedule they have proposed as follows: Rule 26(a)(1) disclosures shall be made by 12/5/2023. Fact discovery shall be initiated in time to be complete by 10/31/2024. Plaintiff will disclose reports from retained experts under Rule 26(a)(2) by 11/29/2024; Defendants will disclose such reports on 1/6/2025. All expert depositions will be complete no later than 3/17/2025. Plaintiff will prepare a draft of the joint final pretrial order by 7/14/2025. Joint final pretrial order shall be filed by 8/4/2025. Case will be ready for trial by 9/1/2025. Parties are encouraged to continue settlement efforts and to submit a further written status report on 1/19/2024. Mailed notice. (cp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.