IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Thadieus Goods, ) | |
| ) | |
| *Plaintiff,* ) | |
| ) | |
| -*vs*- ) | No. 23-cv-4116 |
| ) | |
| Thomas Dart, Sheriff of Cook ) | Judge Pallmeyer |
| County, and Cook County, Illinois, ) | |
| ) | |
| ) | |
| *Defendants.* ) | |

**NOTICE OF ACCEPTANCE WITH OFFER OF JUDGMENT**

To: CM/ECF Service List

Pursuant to Rule 68(a) of the Federal Rules of Civil Procedure, Plaintiff Thadieus Goods, by counsel, hereby accepts and provides notice that he has accepted the offer of judgment by Defendant Cook County dated November 21, 2023. The Offer of Judgment is attached as Exhibit 1. Defendant Cook County will allow judgment in the amount of $10,000, "including all costs of suit and attorneys' fees accrued to date" for "all claims that Plaintiff has or may have against Defendants, and against any other current or former employees or agents of Cook County, or the Sheriff of Cook County, related to or arising from the incidents or injuries alleged in Plaintiff's complaint, including without limitation any and all claims for compensatory damages, statutory damages, attorneys' fees, litigation expenses, and costs of suit."  Exhibit 1, ¶¶ 1, 3.

<u>/s/ Patrick W. Morrissey</u>
ARDC No. 6309730
Thomas G. Morrissey, Ltd.
10257 S. Western Ave.
Chicago, IL 60643
(773)233-7901
pwm@morrisseylawchicago.com
