UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| THADIEUS GOODS, | ) | |
| | ) | |
| Plaintiff, | ) | Case No.: 1:23-cv-4116 |
| | ) | |
| v. | ) | Judge Rebecca R. Pallmeyer |
| | ) | |
| THOMAS DART, SHERIFF OF COOK COUNTY, and COOK COUNTY, ILLINOIS | ) ) ) | |
| | ) | |
| Defendant. | ) | |

## JUDGMENT ORDER

Pursuant to Rule 68(a) of the Federal Rules of Civil Procedure, judgment is entered in favor of plaintiff Thadieus Goods in the amount of $10,000.00 consistent with Defendants' Offer of Judgment filed as Dkt. 29-1.

Dated: December 27, 2023

_____
Rebecca R. Pallmeyer, Chief Judge